UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-722-JLL-2 |
| v. | : | |
| KWAME SUMMERS | : | **ORDER** |

The parties having appeared on September 3, 2009, before the Court for a status conference, and upon joint-application thereby to modify the terms of this Court's Order for Discovery, filed February 17, 2009,

WHEREFORE, IT IS on this 8th day of September 2009,

ORDERED that trial in this matter shall commence on October 5, 2009, at 11:00 a.m.;

IT IS FURTHER ORDERED that pretrial motions, if any, shall be filed no later than September 22, 2009;

IT IS FURTHER ORDERED that the parties shall submit proposed voir dire questionnaires no later than September 22, 2009;

IT IS FURTHER ORDERED that the parties shall submit joint proposed jury charges no later than September 22, 2009, and shall meet and confer to resolve any disputes pertaining thereto;

IT IS FURTHER ORDERED that discovery in this matter be completed no later than September 4, 2009;

IT IS FURTHER ORDERED that all other terms and conditions of the Court's Order for Discovery entered in this matter shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge