| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99) ||||
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>KWAME SUMMERS | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>08-CR-722 (JLL) 02 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Kwame Summers | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |

11. OFFENSE(S) CHARGED: 21:846 Drug Conspiracy

12. ATTORNEY'S NAME AND MAILING ADDRESS: Elizabeth H. Smith
Telephone Number: (973) 543-2677

14. NAME AND MAILING ADDRESS OF LAW FIRM:
Elizabeth H. Smith
5 Cold Hill Rd., Ste 9
Mendham, NJ 07945

13. COURT ORDER
☐ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Atty.
☒ P Subs For Panel Attorney   ☐ Y Standby Counsel
Prior Attorney's Name: Cynthia H. Hardaway
Appointment Date: 1-28-2009

Signature of Presiding Judicial Officer
Date of Order: 4/12/2010

| CLAIM FOR SERVICES AND EXPENSES ||||||
|---|---|---|---|---|---|
| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. In Court ||||||
| a. Arraignment and/or Plea ||||||
| b. Bail and Detention Hearings ||||||
| c. Motion Hearings ||||||
| d. Trial ||||||
| e. Sentencing Hearings ||||||
| f. Revocation Hearings ||||||
| g. Appeals Court ||||||
| h. Other ||||||
| (RATE PER HOUR = $ ) TOTALS: ||||||
| 16. Out of Court ||||||
| a. Interviews and Conferences ||||||
| b. Obtaining and reviewing records ||||||
| c. Legal research and brief writing ||||||
| d. Travel time ||||||
| e. Investigative and other work ||||||
| (RATE PER HOUR = $ ) TOTALS: ||||||
| 17. Travel Expenses ||||||
| 18. Other Expenses ||||||
| GRAND TOTALS (CLAIMED AND ADJUSTED): ||||||

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: ___ TO: ___

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number ___  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment from any other source in connection with this representation? ☐ YES ☐ NO

Signature of Attorney ___ Date ___

APPROVED FOR PAYMENT — COURT USE ONLY
23. IN COURT COMP.  24. OUT OF COURT COMP.  25. TRAVEL EXPENSES  26. OTHER EXPENSES  27. TOT. AMT. APPR./CERT.
28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER  DATE  28a. JUDGE/MAG. JUDGE CODE
29. IN COURT COMP.  30. OUT OF COURT COMP.  31. TRAVEL EXPENSES  32. OTHER EXPENSES  33. TOTAL AMT. APPROVED
34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  DATE  34a. JUDGE CODE