# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 08-722-JLL-02 |
| v. | **ORDER** |
| KWAME SUMMERS a/k/a Q | |

It is on this 12ᵗʰ day of April, 2010, hereby **ORDERED** as follows:

1.  Elizabeth H. Smith, Esq., is hereby appointed as counsel for defendant, Kwame Summers;

2.  Cynthia A. Hardaway, Esq., is hereby relieved as counsel for defendant, Kwame Summers;

3.  Cynthia A. Hardaway, Esq., is to turn over the entire defense file to new counsel within seven (7) days hereof; and,

4.  Sentencing in this matter is hereby scheduled for June 3, 2010 at 10:00 a.m.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE